IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | **1:20 CR 109** |
| ) | CASE NO.: _____ |
| v. ) | |
| ) | Title 21, United States Code, |
| DELMER PERPULY, ) | Sections 841(a)(1), (b)(1)(A), |
| ULISES PERPULY, ) | and 846 |
| CESAR PERPULY, ) | |
| LEONARDO BUSTAMANTE, ) | **JUDGE BOYKO** |
| PAUL AYALA, ) | |
| ) | |
| Defendants. ) | |

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine),
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about January 17, 2020, through on or about January 20, 2020, in the Northern District of Ohio, Eastern Division, and elsewhere Defendants DELMER PERPULY, ULISES PERPULY, CESAR PERPULY, LEONARDO BUSTAMANTE, and PAUL AYALA did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendants DELMER PERPULY, ULISES PERPULY, CESAR PERPULY, LEONARDO BUSTAMANTE, and PAUL AYALA shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.